HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN STEINER,<br><br>                       Plaintiff,<br><br>          v.<br><br>G. STEVEN HAMMOND, M.D., et al.,<br><br>                       Defendants. | No. 13-cv-5120-RBL<br><br>ORDER<br><br>(Dkt. #11) |

In her report and recommendation, Magistrate Judge Strombom advised dismissal without prejudice because Plaintiff had failed to serve his summons and complaint, as well as his motion for a temporary restraining order.  Subsequently, Defendants waived service and have filed a pending Motion to Dismiss and to Stay Discovery (Dkt. #14).  In light of the acceptance of service, the Court will reject the Report and Recommendation.  (Dkt. #11.)

Dated this 10th day of April 2013.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1