HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN STEINER,

                Plaintiff,

    v.

G. STEVEN HAMMOND, M.D., et al.,

                Defendants.

No. 13-cv-5120-RBL

ORDER

(Dkt. #11)

    In her report and recommendation, Magistrate Judge Strombom advised dismissal without prejudice because Plaintiff had failed to serve his summons and complaint, as well as his motion for a temporary restraining order.  Subsequently, Defendants waived service and have filed a pending Motion to Dismiss and to Stay Discovery (Dkt. #14).  In light of the acceptance of service, the Court will reject the Report and Recommendation.  (Dkt. #11.)

    Dated this 10th day of April 2013.

                                            */s/ Ronald B. Leighton*
                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE