UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN STEINER,<br><br>       Plaintiff,<br> v.<br><br>G. STEVEN HAMMOND, SARA SMITH, J. DAVID KENNETY, WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>       Defendants. | No. C13-5120 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Plaintiff's Emergency Motion for Temporary Restraining Order (ECF No. 24) is **DENIED.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 8th day of July, 2013.

             _/s/ Ronald B. Leighton_
             RONALD B. LEIGHTON
             UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1