UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN D. STEINER,<br><br>      Plaintiff,<br><br> v.<br><br>G. STEVEN HAMMOND, SARA SMITH, J. DAVID KENNEY,<br><br>      Defendants. | No. C13-5120 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

  The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

  (1) The Court adopts the Report and Recommendation.

  (2) Defendants' Motion for Summary Judgment (Dkt. 49) is **GRANTED;** Plaintiff's claims against Defendants are **Dismissed with Prejudice**.

  (3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

  **DATED** this 18th day of April, 2014.

              _/s/ Ronald B. Leighton_
              RONALD B. LEIGHTON
              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1